**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

GULBRANSEN     v. KINDRED HEALTHCARE                    No. 06CV1142-BTM(LSP)

HON. LEO S. PAPAS          CT. DEPUTY TRISH LOPEZ     Rptr. _____

Attorneys

_____Plaintiffs_____                                     _____Defendants_____

On August 16, 2007, the parties filed two Joint Motions to Continue Pre-Trial Dates.   (Doc. 21 & 22).   The motion filed at Docket No. 22 is GRANTED.   Docket No. 21 is DENIED as moot.

The deadline for parties to file motions other than motions to amend or *motions in limine* is continued to January 15, 2008.

The deadline for parties to comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) is continued to February 26, 2008.

The deadline for compliance with Local Civil Rule 16.1.f.4. and paragraph 12 of the Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings issued November 8, 2006, is continued to   March 4, 2008.   (Doc. 12)

The deadline for submission of the proposed final pretrial order and objections to Fed. R. Civ. P. 26(a)(3) pretrial disclosures is continued to March 11, 2008.

The date and time of the pretrial conference before the Hon. Barry T. Moskowitz on November 27, 2007, at 4 p.m. is vacated and rest for March 18, 2008, at 4 p.m.

  X     Copies to:  Counsel of Record         _____ Notified by Telephone

DATED:  August 31, 2007

_____
Hon. Leo S. Papas
U.S. Magistrate Judge